## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-6623 MRW | Date | September 20, 2018 |
| Title | Jian Zhang v. Kirstjen Nielsen | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER RE: DISMISSAL

The parties filed a notice of dismissal. (Docket # 9.) This action is dismissed without prejudice.